DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

UNITED STATES OF AMERICA )
)
v. ) CR. NO. 3:19-CR-79-07
)
ARIEL PETERSEN )
    Defendant. )
)

TO:  Honorable Mark A. Kearney, District Judge
       USA Delia L. Smith
       Joseph DiRuzzo, Esq.
       U.S. Marshals Service
       U.S. Probation & Pretrial Service

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, by consent, has appeared before me pursuant to Fed. R. Crim. P. 11, LRCr 1.2. and LRCi 72.3 and has entered a plea of guilty to Count Five of the Third Superseding Indictment—CONSPIRACY TO TRANSPORT FIREARMS, 18 U.S.C. §§ 922(a)(3) and 924(a)(1)(D), and Count Eight of the Third Superseding Indictment—POSSESSION OF FIREARMS IN FURTHERANCE OF A DRUG TRAFFICKING CRIME, 18 U.S.C. §§ 924(c)(1)(A) and 21 U.S.C. §§ 841 and 846. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary as to Counts Five and Eight and that the offenses charged are supported by an independent basis in the facts containing each of the essential elements of the offenses. I therefore recommend that the plea of guilty be accepted and the Defendant be adjudged guilty and have sentence imposed accordingly.

Dated: 06/07/2024

                                                   EMILE A. HENDERSON III
                                                   U.S. MAGISTRATE JUDGE