IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF THE VIRGIN ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | NO. 3:19-79-7 |
| | : | |
| ARIEL PETERSEN | : | |

# ORDER

**AND NOW**, this 25th day of June 2024, following our study of Judge Henderson's Report and Recommendation (ECF No. 1145), we adopt Defendant Ariel Petersen's knowing and voluntary guilty plea to Counts 5 and 8 of the Third Superseding Indictment (ECF No. 555) charging him with possessing with conspiracy to transport firearms and possessing firearms in furtherance of a drug trafficking crime, without objection due last week, and relying on Judge Henderson's thoughtful assessment Defendant Petersen entered his guilty plea knowingly and voluntarily, it is **ORDERED** we:

1.  **APPROVE AND ADOPT** Judge Henderson's Report and Recommendation (ECF No. 1145);

2.  Accept Defendant Petersen's plea and find him **GUILTY** of Counts 5 and 8 of the Third Superseding Indictment (ECF No. 555); and,

3.  Schedule sentencing in a separate Order allowing for a pre-sentence investigation report and briefing.

_____
**KEARNEY, J.**